# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

**RICHARD C. BENTLEY**　　　　　　　　**CIVIL ACTION NO. 08-1017**

**VERSUS**　　　　　　　　　　　　　　　**JUDGE DOHERTY**

**LCM CORPORATION,**　　　　　　　　**MAGISTRATE JUDGE METHVIN**
**DANNY R. HUBBARD, II**

### *RULING ON PLAINTIFF'S MOTION TO COMPEL*
### *DISCOVERY UNDER RULE 37*
### *(Rec. Doc. 66)*

Before the court is plaintiff's motion to compel defendant to respond to propounded discovery, and to accept certified mail. The motion is opposed.

### *Background and Argument of Parties*

In his motion, plaintiff states he propounded discovery requests in the form of interrogatories and requests for production on February 18, 2009, and again on March 16, 2009, but received no response. Plaintiff also complains Hubbard has on occasions refused to receive certified mail "property mailed to his address of record at P. O. Box 711, Bedford, VA 24523."[1] Plaintiff admits that on some occasions Hubbard does receive his mail, and asks the court to compel Hubbard to receive all of his mail or explain to the court why he refuses.

In response to the motion to compel, defendant Hubbard states he has responded to the discovery subject to the motion to compel, and "has no other answers to provide Plaintiff. . . ."[2]

Both parties ask the court to assess costs against the other associated with filing and response to the motion to compel.

---

[1] *Motion to Compel Discovery Under Rule 37* (rec. doc. 66), p. 1.

[2] *Opposition of Defendant Danny R. Hubbard, II to Plaintiff's Motion to Compel* (rec. doc. 70), p. 2.

*Discussion*

Plaintiff filed the motion to compel on May 25, 2009. The court notes that plaintiff filed a motion for default against Hubbard which was pending at the time of filing the motion to compel. There has been no scheduling order issued in this matter, there has been no Rule 16 conference, and there is no discovery deadline yet entered.

Defendant Hubbard, who is proceeding pro se, has responded to the propounded discovery, and has changed his address in the record from a post office box to a physical street address. Plaintiff's demands have been met, and there is no requested action for the court to compel.

Given Hubbard's lack of representation, his response both to the discovery and the issue of receipt of mail, and the procedural status of the litigation, the court finds circumstances exist that would make an award of expenses to either party unjust. See Fed. R. Civ. P. 37(a)(5)(A)(iii).

For the reasons given above,

**IT IS ORDERED** that plaintiff's Motion to Compel Discovery Under Rule 37 (rec. doc. 66) is **DENIED**.

Signed at Lafayette, Louisiana, on July 8, 2009.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)