RECEIVED
JUL 3 1 2009
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **RICHARD C. BENTLEY** | **CIVIL ACTION NO. 08-1017** |
| **VERSUS** | **JUDGE DOHERTY** |
| **LCM CORPORATION, DANNY R. HUBBARD, II** | **MAGISTRATE JUDGE METHVIN** |

*JUDGMENT*

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the findings and recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein. Therefore,

**IT IS ORDERED** that plaintiff's Motion for Default Judgment (rec. doc. 59) is **DENIED**, and Defendant Danny R. Hubbard, II's Motion to Set Aside Default Judgment (rec. doc. 61) is **GRANTED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 30 day of July, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE